**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARCHYTAS AUTOMATION, INC., | Case No.: 2:25-cv-00816-APG-NJK |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| HADDINGTON DYNAMICS II, LLC, et al., | |
| Defendants | |

In light of the plaintiff's response to the order to show cause (ECF No. 11),

I ORDER that the order to show cause (ECF No. 5) is satisfied and I will not dismiss this action for lack of subject matter jurisdiction at this time.

DATED this 27th day of May, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE