DICKINSON WRIGHT PLLC
Steven A. Caloiaro
Nevada Bar No. 12344
Email: SCaloiaro@dickinsonwright.com
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Tel:    775-343-7500
Fax:    844-670-6009

Alexis Taitel
Nevada Bar No. 16012
Email: ataitel@dickinson-wright.com
3883 Howard Hughes Pkwy. Suite 800
Las Vegas, NV 89169
Tel:    702-550-4465
Fax:    844-670-6009

*Counsel for Defendants
Ocado Group, Plc, Haddington Dynamics, Inc.,
and Haddington Dynamics II, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARCHYTAS AUTOMATION, INC., | Case No. 2:25-cv-00816-APG-NJK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| HADDINGTON DYNAMICS II, LLC; OCADO GROUP, PLC; and HADDINGTON DYNAMICS, INC, | **FIRST REQUEST** |
| Defendants. | |

Defendants Ocado Group, Plc, Haddington Dynamics, Inc., Haddington Dynamics II, LLC, and Plaintiff Archytas Automation, Inc., by and through their attorneys of record, hereby stipulate and agree as follows:

1. On May 9, 2025, Plaintiff filed the Complaint against Defendants. (ECF No. 1).

2. On May 15, 2025, Defendants returned an executed waiver of service. (ECF No. 6).

3. On May 23, 2025, Plaintiff filed the Amended Complaint against Defendants. (ECF No. 9).

4. Defendants Ocado Group, Plc resides outside of a judicial district in the United States. (*See* ECF No. 17).

5. Defendant Haddington Dynamics, Inc. resides within a judicial district in the United States. (*See* ECF No. 18).

6. Defendant Haddington Dynamics II, LLC resides within a judicial district in the United States. (*See* ECF No. 19).

7. Because all Defendants have waived service, the deadline for Defendant Haddington Dynamics, Inc. and Haddington Dynamics II, LLC to answer or otherwise respond to the Amended Complaint is July 14, 2025, and the deadline for Defendants Ocado Group, Plc to answer or otherwise respond to the Amended Complaint is August 13, 2025. *See* Fed. R. Civ. P. 4(d)(3).

8. The Parties stipulate and agree that the deadline for all Defendants to answer or otherwise respond to the Amended Complaint is August 13, 2025.

9. This is the Parties' first request to amend the deadline for answering or otherwise responding to the Amended Complaint, and the extension is warranted as the parties desire to minimize duplicative motion practice and discuss settlement to resolve the case before engaging in motion practice.

**IT IS SO STIPULATED.**

Dated: July 2, 2025

CHARHON CALLAHAN ROBSON & GARZA, PLLC

*/s/ Christopher T. Bovenkamp*
Steven Callahan, Esq.,
Texas State Bar No. 24053122*
Christopher T. Bovenkamp, Esq.,
Texas State Bar No. 24006877*
Connor A. Scott, Esq.,
Texas State Bar No. 24115362*
*Admitted Pro Hac Vice*
3333 Lee Parkway, Suite 460
Dallas, Texas 75219

MCNUTT LAW FIRM, P.C.

*/s/ Dan McNutt*
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
Mark D. Hesiak, Esq., Bar No. 12397
11441 Allerton Park Drive, Suite # 100
Las Vegas, Nevada 89135

*Counsel for Plaintiff*

DICKINSON WRIGHT, PLLC

*/s/ Steven A. Caloiaro*
Steven Caloiaro, Esq., Bar No. 12344
100 West Liberty Street, Suite 940
Reno, Nevada 89501

Alexis Taitel, Esq., Bar No. 16012
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169

*Counsel for Defendants*

## ORDER

This Court, having reviewed the Stipulation, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The deadline for all Defendants to answer or otherwise respond to the Amended Complaint is August 13, 2025.

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: July 3, 2025

2