MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Nevada Bar No. 7815
Matthew C. Wolf, Esq., Nevada Bar No. 10801
Mark Hesiak, Esq., Nevada Bar No. 12397
11441 Allerton Park Drive, Suite # 100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
mdh@mcnuttlawfirm.com

CHARHON CALLAHAN ROBSON & GARZA, PLLC
Steven Callahan, Esq., Texas State Bar No. 24053122*
Christopher T. Bovenkamp, Esq., Texas State Bar No. 24006877*
Connor A. Scott, Esq., Texas State Bar No. 24115362*
*Admitted Pro Hac Vice
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Tel: (214) 521-6400 / Fax: (214) 764-8392
scallahan@ccrglaw.com
cbovenkamp@ccrglaw.com
cscott@ccrglaw.com
Counsel for Plaintiff Archytas Automation, Inc.

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ARCHYTAS AUTOMATION, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>OCADO GROUP, PLC; HADDINGTON DYNAMICS, INC.; and HADDINGTON DYNAMICS II, LLC,<br><br>    Defendants. | Case No.: 2:25-cv-00816-APG-NJK<br><br>**Stipulation and Order to Extend the Deadlines for Plaintiff's Oppositions to Defendants' Motion to Dismiss and Motion to Stay Discovery and Defendants' Reply Briefs in Support of the Motions**<br><br>*First Request* |

      Through their respective undersigned counsel, the parties hereby stipulate to extend the time for Plaintiff to respond to Defendants' Motion to Dismiss the Amended Complaint (Dkt. 24) and Motion to Stay Discovery Pending Resolution of the Motion to Dismiss (Dkt. 25) by two weeks from the current deadline of August 27, 2025, to September 10, 2025.

1  They further stipulate to extend the deadline for Defendants' reply briefs in support of their Motion to Dismiss and Motion to Stay until October 1, 2025.

This is the parties' first request for an extension of these deadlines. Good cause exists to support the extension request. Counsel for the Plaintiff have multiple hearings and out of country travel on calendar for the weeks of August 18th and 25th. This extension is necessary to adequately prepare the Oppositions. Defendants likewise seek an extension of the deadlines for the reply briefs based on pre-existing commitments on their calendars.

This Stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.

Dated August 20, 2025.

| MCNUTT LAW FIRM, P.C. | DICKINSON WRIGHT |
|---|---|
| */s/ Dan McNutt* <br> Daniel R. McNutt, Esq., Bar No. 7815 <br> Matthew C. Wolf, Esq., Bar No. 10801 <br> Mark D. Hesiak, Esq., Bar No. 12397 <br> 11441 Allerton Park Drive, Suite # 100 <br> Las Vegas, Nevada 89135 <br> *Counsel for Plaintiff* | */s/ Steven Caloiaro* <br> Steven Caloiaro, Esq., Bar No. 12344 <br> 100 West Liberty Street, Suite 940 <br> Reno, Nevada 89501 <br><br> Alexis Taitel, Esq., Bar No. 16012 <br> 3883 Howard Hughes Pkwy, Suite 800 <br> Las Vegas, Nevada 89169 <br> *Counsel for Defendants* |

**IT IS SO ORDERED:**

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED: August 21, 2025