# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ARCHYTAS AUTOMATION, INC.,

    Plaintiff

v.

HADDINGTON DYNAMICS II, LLC, et al.,

    Defendants

Case No.: 2:25-cv-00816-APG-NJK

**Order Denying Motion to Dismiss as Moot**

[ECF No. 24]

In light of the parties' notice of settlement (ECF No. 37),

I ORDER that the defendants' motion to dismiss **(ECF No. 24) is DENIED as moot**, without prejudice to refiling it if the settlement does not finalize.

DATED this 4th day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE