MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Nevada Bar No. 7815
Matthew C. Wolf, Esq., Nevada Bar No. 10801
Mark Hesiak, Esq., Nevada Bar No. 12397
11441 Allerton Park Drive, Suite # 100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
mdh@mcnuttlawfirm.com

CHARHON CALLAHAN ROBSON & GARZA, PLLC
Steven Callahan, Esq., Texas State Bar No. 24053122*
Christopher T. Bovenkamp, Esq., Texas State Bar No. 24006877*
Connor A. Scott, Esq., Texas State Bar No. 24115362*
*Admitted Pro Hac Vice
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Tel: (214) 521-6400 / Fax: (214) 764-8392
scallahan@ccrglaw.com
cbovenkamp@ccrglaw.com
cscott@ccrglaw.com
Counsel for Plaintiff Archytas Automation, Inc.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

| ARCHYTAS AUTOMATION, INC., | Case No.: 2:25-cv-00816-APG-NJK |
|---|---|
| Plaintiff, | |
| v. | **Joint Stipulation of Dismissal with Prejudice** |
| OCADO GROUP, PLC; HADDINGTON DYNAMICS, INC.; and HADDINGTON DYNAMICS II, LLC, | |
| Defendants. | |

Plaintiff Archytas Automation, Inc. ("Archytas") and Defendants Haddington Dynamics, Inc., Haddington Dynamics II, LLC, and Ocado Group, plc, (collectively, "Defendants") hereby stipulate to a dismissal of all of Archytas' claims against Defendants in the above-captioned matter, with prejudice.

///

1  The parties shall bear their own attorneys' fees and costs incurred in this action.

2  IT IS SO STIPULATED.

3  Dated January 6, 2026.

4  MCNUTT LAW FIRM, P.C.                              DICKINSON WRIGHT

6  /s/ Dan McNutt                                    /s/ Steven Caloiaro
Daniel R. McNutt, Esq., Bar No. 7815                 Steven Caloiaro, Esq., Bar No. 12344
7  Matthew C. Wolf, Esq., Bar No. 10801              100 West Liberty Street, Suite 940
Mark D. Hesiak, Esq., Bar No. 12397                  Reno, Nevada 89501
8  11441 Allerton Park Drive, Suite # 100
Las Vegas, Nevada 89135                              Alexis Taitel, Esq., Bar No. 16012
*Counsel for Plaintiff*                              3883 Howard Hughes Pkwy, Suite 800
                                                     Las Vegas, Nevada 89169
                                                     *Counsel for Defendants*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: January 7, 2026